ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 7 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| RHONDA MCADAMS, | § |
| Plaintiff, | § |
| | § |
| | § Civil Action No.: 3:05-CV-1420-M |
| CB RICHARD ELLIS REAL ESTATE SERVICES, INC. | § |
| Defendant. | § |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff Rhonda McAdams Files this Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(i)

1. This cause was filed on July 18, 2005.

2. Defendant CB Richard Ellis Real Estate Services, Inc. was not formally served with process and did not file an answer.

3. This case is not a class action.

4. A receiver has not been appointed in this action.

5. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

6. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

7. This dismissal is made with prejudice to refilling as the parties have fully and finally settled this matter.

DATED this 5th day of October, 2005.

---

PLAINTIFF'S MOTION TO DISMISS                                                                 Page 1

Respectfully submitted,

**RASANSKY LAW FIRM**

By: _____
**Jeremi K. Young**
State Bar No. 24013793
**Jeffrey H. Rasansky**
State Bar No. 16551150
**Jessica M. Dean**
State Bar No. 24040777

2525 McKinnon
Suite 725
Dallas, Texas 75201
214/651-6100
214/651-6150 Fax

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been served on counsel of record via certified mail, return receipt requested, on this ___5___ day of October, 2005.

R. Rogge Dunn
John Hagan
Clouse, Dunn, & Hirsch, LLP
5200 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2142

_____
Jessica M. Dean

**PLAINTIFF'S MOTION TO DISMISS**                                                                 Page 2