IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RHONDA MCADAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No.: 3:05-CV-1420-M |
| | § | |
| CB RICHARD ELLIS REAL ESTATE | § | |
| SERVICES, INC. | § | |
| | § | |
| Defendant. | § | |

### ORDER ON PLAINTIFF'S ~~MOTION TO~~ Notice of DISMISS~~AL~~ *nlf*

After considering Plaintiff Rhonda McAdams' ~~Motion to Dismiss Without Prejudice,~~ Notice of Dismissal the court hereby ~~GRANTS the motion and~~ DISMISSES this case with prejudice to its refiling and ORDERS the clerk to enter a dismissal on the docket and close Plaintiff's case against CB Richard Ellis Real Estate Services, Inc. Each party will bear her or its own costs.

Signed this 17 day of October, 2005.

Barbara Lynn
U.S. District Judge

ORDER ON PLAINTIFF'S MOTION TO DISMISS                                                            Page 1

# CASE CLOSED

**CASE NUMBER:** 3:05-CV-1420-M

**DATE:** 10/17/05

**TRIAL:  YES** _____   **NO** __X__